IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO HEAD, #131097, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:09cv1074-TMH |
| | ) |
| WARDEN GORDON, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER AND OPINION**

On November 29, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 26). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for habeas corpus relief filed by Head is DENIED and that this case is DISMISSED with prejudice.

Done this the 22nd day of December, 2011.


/S/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE